**Clifford Adam BLACKWELL,
Plaintiff–Appellant,**

v.

**Raymond SMITH, Superintendent,
Respondent–Appellee.**

No. 02–7627.

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2003.

Decided March 27, 2003.

Clifford Adam Blackwell, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Clifford Adam Blackwell seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000).* We have independently reviewed the record and conclude that Blackwell has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny Blackwell's

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).

motion for a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*